749 F.2d 30
 Beneficial Finance Company of Virginia
v.
Adkisson (Darrell Lee), Adkisson (Annie Carleen), Milner
(Billy Grant), Milner (Patricia Ann), Lazrovitch (Paul
Fabian), Lazrovitch (Deborah Renee William), Cheatham
(Russell Samuel), Cheatham (Robin Joan O'Neil) Haley
(Timothy John), Haley (Debra Lynn Stamper), Lewis (Carlos
Ray), Lewis (Linda Gayle Tomblin), Linder (Cleetus
Lavaelle), Aldrich (Nicholas Harold), Aldrich (Helen Doris
Zuchowski), Mills (Clifford Edwin Sr.)
 NO. 83-1849
 United States Court of Appeals,
fourth Circuit.
 NOV 21, 1984
 
 1
 Appeal From: E.D.Va.
 
 
 2
 AFFIRMED.